BORGE, APPELLANT, *v.* REGISTRAR OF GUAYAMA, RESPONDENT.

APPEAL from a Decision of the Registrar of Property Recording a Dominion Title with Curable Defects.

No. 376.—Decided July 23, 1918.

Decided on the grounds of the opinion delivered in Case No. 375, *Rivera* v. *Registrar of Guayama, ante.*

*Mr. Manuel A. Rivera* for the appellant.
The respondent did not appear.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.